IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAROLINE FOLTZ, ALICIA MAYNARD, KAYLA BLAIR, SHELBY BONNEVILLE, ASHLEY BUTLER, BRITTNI COLLINS, REILY FINNELLY, AMANDA HOTZ, KAYLEIGH KARNBACH, MOLLIE MOORE, JENNIFER PIERSON, DIANA SAVOSH, MORGAN SCUSE, J. CHRISTINA SMITH, ELIZABETH TUTTLE on behalf of themselves and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>DELAWARE STATE UNIVERSITY<br><br>Defendant. | Civil Action No. 10-149 (JJF/LPS) |

## CONSENT ORDER

AND NOW this 7th day of April 2010, upon agreement of the parties, in lieu of a hearing on Plaintiffs' Motion for Preliminary Injunction, it is hereby ORDERED that:

1. Defendant Delaware State University shall not eliminate the existing women's varsity intercollegiate equestrian team in the 2010-2011 academic year;

2. During the 2010-2011 academic year, Defendant Delaware State University shall provide the equestrian team with funding, staffing, and other benefits commensurate with its status as a varsity intercollegiate team;

3. During the 2010-2011 academic year, any reduction in the equestrian team's budget shall not be greater than the lowest percentage reduction of any other of Delaware State University's varsity athletic team's budgets;

4. Defendant Delaware State University shall honor its commitment to continue scholarship funding to current equestrian team members throughout their education at Delaware State University; and

5. Defendant Delaware State University is prohibited from retaliating against plaintiffs or other putative class members in any manner for asserting their legal rights to equal opportunity and equal treatment.

_____
United States Magistrate Judge