IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAROLINE FOLTZ, SHELBY BONNEVILLE, BRITTNI COLLINS, ERIN ENGARD, AMANDA HOTZ, BREANN HUYETT, VICTORIA KEEN and DIANA SAVOSH, on behalf of themselves and all similarly situated individuals, | : : : : : : : : Civil Action No. 10-149 (VAC) : |
| Plaintiffs, | : : CLASS ACTION |
| v. | : : |
| DELAWARE STATE UNIVERSITY, | : : |
| Defendant. | : : |

## NOTICE OF REVISED EXHIBIT

PLEASE TAKE NOTICE that on June 24, 2022, the above-captioned parties filed a Joint Motion for Preliminary Approval of Proposed Revised Consent Decree and Class Notification and Scheduling of Fairness Hearing (the "Joint Motion") and a Memorandum in Support of the Joint Motion [D.I. 175-176]; and

PLEASE TAKE FURTHER NOTICE that the parties have agreed to replace Exhibit B to the Memorandum in Support of the Joint Motion [D.I. 176] with the Exhibit B attached to this notice; and

PLEASE TAKE FURTHER NOTICE that the only changes to the attached Exhibit B are to insert the term "Policy Interpretation" in place of "Policy Clarification" in Paragraphs 4 and 10 of Exhibit B.

Dated:  August 2, 2022

    */s/ Megan Ix Brison*_____
    Elizabeth Wilburn Joyce (#3666)
    Megan Ix Brison (#6721)
    PINCKNEY, WEIDINGER,
    URBAN & JOYCE LLC
    2 Mill Rd. Suite 204
    Wilmington, DE 19806
    (302) 504-1467 – Telephone
    (302) 442-7046 – Facsimile
    ewilburnjoyce@pwujlaw.com
    mixbrison@pwujlaw.com

    Terry L. Fromson (pro hac vice)
    WOMEN'S LAW PROJECT
    125 S. 9th Street, Suite 300
    Philadelphia, PA 19107
    (215) 928-5771 – Telephone
    tfromson@womenslawproject.org

    Adam E. Gersh (pro hac vice)
    FLASTER GREENBERG PC
    Commerce Center
    1810 Chapel Ave. West
    Cherry Hill, NJ 08002
    (856) 382-2246 – Telephone
    adam.gersh@flastergreenberg.com

    *Attorneys for Plaintiffs*