IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAROLINE FOLTZ, SHELBY BONNEVILLE, BRITTNI COLLINS, ERIN ENGARD, AMANDA HOTZ, BREANN HUYETT, VICTORIA KEEN and DIANA SAVOSH, on behalf of themselves and all similarly situated individuals, | Civil Action No. 10-149 (VAC) |
| Plaintiffs, | CLASS ACTION |
| v. | |
| DELAWARE STATE UNIVERSITY, | |
| Defendant. | |

## [~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF REVISED CONSENT DECREE AND CLASS NOTIFICATION
## AND SCHEDULING OF FAIRNESS HEARING

AND NOW, this __2nd__ day of __August__, 2022, upon consideration of the Joint Motion for Preliminary Approval of the Proposed Revised Consent Decree and Class Notification and Scheduling of a Fairness Hearing, including the attached memorandum of law and exhibits (the "Joint Motion") filed by plaintiffs and defendant Delaware State University ("DSU"), and having found that the proposed Revised Consent Decree is fair, adequate and reasonable pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, it is hereby ORDERED that:

1

A. The proposed Revised Consent Decree (attached as Exhibit B to the Joint Motion) shall replace the Original Consent Decree approved on December 20, 2010 (attached as Exhibit A to the Joint Motion) with which Defendant has outstanding obligations, and which will fully resolve the plaintiffs' class claims, IS PRELIMINARILY APPROVED;

B. In that plaintiffs' class claims have been resolved in full through the Revised Consent Decree, a fairness hearing addressing the Proposed Revised Consent Decree SHALL BE HELD on September 19, 2022 at 9:30 a.m. in Courtroom 2B, District Court for the District of Delaware, 844 N. King St., Wilmington, Delaware 19801;

C. The Parties SHALL GIVE NOTICE to the class of the terms of the Proposed Revised Consent Decree and the fairness hearing. The Class Notice (attached to the Joint Motion as Exhibit C) (the "Class Notice") and the plan for notifying class members comply with Rule 23(e)(1) and are approved. The content of the notice adequately apprises class members of the litigation: the terms of the Revised Consent Decree and the class members' right to object; the fairness hearing and the class members' right to participate; and information on how they can receive a copy of the Revised Consent Decree. *See In re Bristol-Myers Squibb Sec. Litig.*, No. 06-2964, 2007 WL 2153284, *2 (3d Cir. 2007) (citing *In re Prudential Ins. Co. Am. Sales Practice Litig. Agent Actions*, 148 F.3d 283, 308 (3d Cir. 1998)). The

publication notice plan is satisfactory given the class was certified under Rule 23(b)(2), that class members are not required to take any individual action to reap the benefits of the Revised Consent Decree, and class members are hard to identify. *See Walsh v. Great Atl. & Pac. Tea Co.*, 726 F.2d 956, 962 (3d Cir. 1983).

    D.    The Parties SHALL GIVE NOTICE to the class of the terms of the Proposed Revised Consent Decree and the fairness hearing in the form of the Class Notice in the following manner. Unless stated otherwise, notice shall be given within two weeks of the date of this Order.

    1. DSU will send the Class Notice by e-mail to all class members whose e-mail addresses DSU possesses or has within its control;

    2. DSU will prominently post a link to the Class Notice as the first link under the "Inside Athletics" tab on the home page of its Athletics website (dsuhornets.com). The link shall be titled "Notice of Title IX Athletics Revised Consent Decree";

    3. DSU will publish the Class Notice in the university paper, *The Hornet Newspaper*, on a weekly basis from the date of this Order through the scheduled fairness hearing date;

    4. DSU will publish the Class Notice in *The Dover Post* online publication, associated with Delaware Online

(https://www.delawareonline.com/news/dover-post/), after the date of this Order and before the scheduled hearing date;

    5. DSU will cause the coaches of each of its women's varsity teams to give a copy of the Class Notice to every member of their team; and

    6. Class counsel will post on the Women's Law Project website the Class Notice and the executed Revised Consent Decree;

    E.    Class members who wish to attend the Fairness Hearing in person or through an attorney SHALL NOTIFY the Clerk of the Court, Class Counsel, and DSU's counsel in writing by September 9, 2022; and

    F.    Class members who wish to object to the Proposed Revised Consent Decree, with or without the assistance of an attorney, SHALL NOTIFY the Clerk of the Court, Class Counsel, and DSU's counsel. All objections shall be in writing and shall be received by September 9, 2022.

    SO ORDERED this 2nd day of August, 2022.

_____
UNITED STATES JUDGE